Debra E. Pole (Bar No. 97816)
dpole@sidley.com
Joshua E. Anderson (Bar No. 211320)
janderson@sidley.com
Alycia A. Degen (Bar No. 211350)
adegen@sidley.com
Stacy R. Horth-Neubert (Bar No. 214565)
shorthneubert@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone:     (213) 896-6000
Facsimile:     (213) 896-6600

Inn-Young Park (Bar No. 324129)
ipark@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:     (415) 772-1200

*Attorneys for Defendant Gilead Sciences, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON CALKINS, *et al*., | Case No. 4:20-cv-01884-JST |
| *Plaintiffs*, | |
| vs. | **NOTICE OF APPEARANCE OF JOSHUA E. ANDERSON ON BEHALF OF DEFENDANT GILEAD SCIENCES, INC.** |
| GILEAD SCIENCES, INC., | |
| *Defendant*. | |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE of the appearance of Joshua E. Anderson of the law firm Sidley Austin LLP, as counsel of record for and on behalf of Defendant Gilead Sciences, Inc. in the above-captioned matter.  It is respectfully requested that copies of all pleadings, notices, and orders pertaining to the above-captioned matter be sent to counsel at the following address:

1 | Joshua E. Anderson
2 | SIDLEY AUSTIN LLP
  | 555 West Fifth Street, Suite 4000
  | Los Angeles, California 90013
3 | Telephone:  (213) 896-6687
  | Facsimile:  (213) 896-6600
4 | Email:  janderson@sidley.com

Mr. Anderson is admitted to practice and in good standing in the State of California and is admitted to practice in the United States District Court for the Northern District of California.

DATED:  April 6, 2020

SIDLEY AUSTIN LLP


By:  /s/ Joshua E. Anderson

Debra E. Pole (Bar No. 97816)
dpole@sidley.com
Joshua E. Anderson (Bar No. 211320)
janderson@sidley.com
Alycia A. Degen (Bar No. 211350)
adegen@sidley.com
Stacy R. Horth-Neubert (Bar No. 214565)
shorthneubert@sidley.com
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Inn-Young Park (Bar No. 324129)
ipark@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

*Attorneys for Defendant Gilead Sciences, Inc.*

---

NOTICE OF APPEARANCE OF JOSHUA E. ANDERSON ON BEHALF OF DEFENDANT GILEAD SCIENCES, INC.
NO. 4:20-CV-01884-JST